IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DESTONI WIGGINS and ROXANNE**      **PLAINTIFFS**
**JOHNSON, Each Individually and on**
**Behalf of All Others Similarly Situated**

**v.**      **CASE NO. 4:19-CV-00883-BSM**

**DELICIOUS TEMPTATIONS, INC.,**      **DEFENDANTS**
**And TONY NIEL**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE